# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:14-CR-01742(1,3,4,7,8,9,10,11,12,13, |
| | § | 15,16,17,19,20)-DB |
| (1) JUAN ESPINO | § | |
| (3) RAUL LOPEZ | § | |
| (4) MANUEL MINJARES | § | |
| (7) EUGENE LOZANO | § | |
| (8) ROBERTO MEZA | § | |
| (9) RIGOBERTO MENDEZ-ALVARADO | § | |
| (10) GABRIEL ALDANA | § | |
| (11) RICHARD RENE ESPINO | § | |
| (12) CHRISTOPHER YTUARTE | § | |
| (13) RITO MIGUEL ALVAREZ | § | |
| (15) RAMON SANCHEZ | § | |
| (16) HECTOR BERNAL | § | |
| (17) JOSE ANGEL BARRIOS | § | |
| (19) BARBARA RODRIGUEZ | § | |
| (20) JUAN CARLOS NUNEZ | § | |

## ORDER RESETTING STATUS CONFERENCE/JURY SELECTION/JURY TRIAL

   IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE/JURY SELECTION/JURY TRIAL** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, August 31, 2015 at 09:00 AM**.

   IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

   IT IS SO ORDERED this 15th day of July, 2015.

_____

DAVID BRIONES
SENIOR U. S. DISTRICT JUDGE