# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:14-CR-01742(17)-DB |
| | § | |
| (17) JOSE ANGEL BARRIOS | § | |

## ORDER RESETTING SENTENCE

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCE** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Tuesday, February 09, 2016 at 10:30 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 3rd day of November, 2015.


_____
DAVID BRIONES
SENIOR U. S. DISTRICT JUDGE